# EXHIBIT
# 1



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Live Nation Entertainment, Inc.                                                                         April 16, 2024
Kimberly Tobias Senior Vice President Litigation
Live Nation
9348 Civic Center Drive
Beverly Hills CA 90210

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2024-423

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be
directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT:
All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to
SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Live Nation Entertainment, Inc. |
| 2. | **Title of Action:** | Erin J. Paxson vs. Live Nation Entertainment, Inc., et al. |
| 3. | **Document(s) Served:** | Summons<br>Affidavit of Service<br>Complaint |
| 4. | **Court/Agency:** | Clark County District Court, Nevada |
| 5. | **State Served:** | Delaware |
| 6. | **Case Number:** | A-24-890820-C |
| 7. | **Case Type:** | Breach of Duty |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Tuesday 04/16/2024 |
| 10. | **Date to Client:** | Tuesday 04/16/2024 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 20<br>Monday 05/06/2024 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | The702Firm<br>Las Nevada, NV<br>702-776-3333 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 081 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal
counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems
that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default
judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service
of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate
Creations Network Inc.

1

## SUMMONS

2

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ
THE INFORMATION BELOW.**

3

4

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff against you for

5

the relief set forth in the Complaint.

6

### LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation

7

    1.   If you intend to defend this lawsuit, within 20 days after this Summons is served on

8

you, exclusive of the day of service, you must do the following:

9

    a.   File with the Clerk of this Court, whose address is shown below, a formal written

10

response to the Complaint in accordance with the rules of the Court, with the appropriate filing
fee.

11

    b.   Serve a copy of your response upon the attorney whose name and address is

12

shown below.

13

    2.   Unless you respond, your default will be entered upon application of the Plaintiff and

14

this Court may enter a judgment against you for the relief demanded in the Complaint, which
could result in the taking of money or property or other relief requested in the Complaint.

15

    3.   If you intend to seek the advice of an attorney in this matter, you should do so

16

promptly so that your response may be filed on time.

17

    4.   The State of Nevada, its political subdivisions, agencies, officers, employees, board

18

members, commission members and legislators, each have 45 days after service of this Summons
within which to file an Answer or other responsive pleading to the Complaint.

19

STEVEN D. GRIERSON

20

Submitted By:                      CLERK OF COURT

21

By: _____                                           4/10/2024

22

Name: _Joel S. Hengstler, Esq._        Deputy Clerk  Klinea Matthews Date
Address: _8335 West Flamingo Road_   Regional Justice Center

23

City/State/Zip: _Las Vegas, Nevada 89147_  200 Lewis Avenue
Telephone: _(702) 776-3333_         Las Vegas, Nevada  89155

24

Attorney for:___Plaintiffs___

25

26

27

28

Electronically Issued
4/9/2024 6:52 PM

1   **SUMM**
    MICHAEL C. KANE, ESQ.
2   Nevada Bar No. 10096
    BRADLEY J. MYERS, ESQ.
3   Nevada Bar No. 8857
    JOEL S. HENGSTLER, ESQ.
4   Nevada Bar No. 11597
5   **THE702FIRM**
    8335 West Flamingo Road
6   Las Vegas, Nevada 89147
    Telephone:    (702) 776-3333
7   Facsimile:    (702) 505-9787
    E-Mail:       service@the702firm.com
8   *Attorneys for Plaintiffs*
9
                          **DISTRICT COURT**
10
                     **CLARK COUNTY, NEVADA**
11

12  ERIN J. PAXSON,                          CASE NO.:
                                             DEPT NO.:
13          Plaintiff, *on behalf of herself and others*
                *similarly situated,*
14
                                             **SUMMONS**
15  vs.

16  LIVE NATION ENTERTAINMENT, INC., a
    Delaware Corporation; LIVE NATION
17  WORLDWIDE, INC., a Delaware
    Corporation; LIVE NATION WORLDWIDE
18  LLC, a Delaware Limited-Liability Company;
    C3 PRESENTS, LLC, a Texas Limited-
19  Liability Company; FRONT GATE
    TICKETING SOLUTIONS, LLC, a Texas
20  Limited-Liability Company, JOHN ROE
    COMPANIES NOS. 1-5, ROE BUSINESS
21  ENTITIES NOS. 1–20; and DOE
    INDIVIDUALS NOS. 1–100,
22
23          Defendants.
24
25  ...
26  ...
27  ...
28  ...

CASE NO: A-24-890820-C
Department 29

THE702FIRM
INJURY ATTORNEYS
8335 W. Flamingo Rd.
Las Vegas, Nevada 89147
Phone: (702) 776-3333

1  STATE OF _____ )
                                )ss.     **AFFIDAVIT OF SERVICE**
2  COUNTY OF _____ )

3  _____, being duly sworn, says: That at all times herein

4  affiant was and is a citizen of the United States, over 18 years of age, not a party to nor interested
   in the proceeding in which this affidavit is made. That affiant received _____ copy(ies) of the

5  Summons and Complaint, _____

   on the _____ day of _____, 2024 and served the same on the _____ day of _____,
6  2024 by:

7                     (Affiant must complete the appropriate paragraph)

8
   1      Delivering and leaving a copy with the Defendant _____
9  at (state address) _____.

10
   2.      Serving the Defendant _____ by personally delivering and
11 leaving a copy with _____, a person of suitable age and discretion
   residing  at  the  Defendant's  usual  place  of  abode  located  at:    (state  address)
12 _____.

13 3.      Serving the Defendant _____ by personally delivering and
14 leaving a copy at (state address):
   _____.
15
           (a)     With _____ as _____ an
16                 agent lawfully designated by statute to accept service of process;

17         (b)     With _____, pursuant to NRS 14.020 as a person of
18                 suitable age and discretion at the above address, which address is the address of
                   the resident agent as shown on the current certificate of designation filed with the
19                 Secretary of State.

20 4.      Personally depositing a copy in a mail box of the United States Post Office, enclosed in a
21 sealed envelope, postage prepaid (Check appropriate method):

22                              ⌐ Ordinary mail
                               ⌐ Certified mail, return receipt requested
23                              ⌐ Registered mail, return receipt requested

24 addressed to the Defendant _____ at Defendant's last known address
25 which is (state address) _____.

26

27

28

THE702FIRM
INJURY ATTORNEYS
8335 W. Flamingo Rd.
Las Vegas, Nevada 89147
Phone: (702) 776-3333

1  COMPLETE ONE OF THE FOLLOWING:

2  (a)   If executed in this state, "I declare under penalty of perjury that the foregoing is true and

3  correct."

4  _____

5  Signature of person making service

   (b)   If executed outside of this state: "I declare under penalty of perjury under the law of the

6  State of Nevada that the foregoing is true and correct."

7

8  _____

9  Signature of person making service

10  SUBSCRIBED AND SWORN TO before me

11  this _____ day of _____, 2024.

12

13  _____
    NOTARY PUBLIC in and for County and State

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Electronically Filed
4/9/2024 6:52 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:    service@the702firm.com
*Attorneys for Plaintiffs*

CASE NO: A-24-890820-C
Department 29

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ERIN J. PAXSON,<br><br>Plaintiff, *on behalf of herself and others similarly situated,*<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation; LIVE NATION WORLDWIDE, INC., a Delaware Corporation; LIVE NATION WORLDWIDE LLC, a Delaware Limited-Liability Company; C3 PRESENTS, LLC, a Texas Limited-Liability Company; FRONT GATE TICKETING SOLUTIONS, LLC, a Texas Limited-Liability Company, JOHN ROE COMPANIES NOS. 1-5, ROE BUSINESS ENTITIES NOS. 1–20; and DOE INDIVIDUALS NOS. 1–100,<br><br>Defendants. | CASE NO.:<br>DEPT NO.:<br><br><br>**COMPLAINT**<br><br><br>**EXEMPT FROM ARBITRATION:**<br>**Exemption Claimed:  Class Action**<br><br>**CLASS ACTION CLAIM INCLUDED** |

…

…

…

…

THE702FIRM
INJURY ATTORNEYS
8335 W. Flamingo Rd.
Las Vegas, Nevada 89147
Phone: (702) 776-3333

Case Number: A-24-890820-C

## COMPLAINT

COME NOW, Plaintiffs, by and through their counsel of record, MICHAEL C. KANE ESQ., BRADLEY J. MYERS, ESQ., and JOEL S. HENGSTLER, ESQ., of THE702FIRM, and for their complaint allege as follows:

## JURISDICTIONAL STATEMENT

1.   The Eighth Judicial District Court has jurisdiction of this civil tort action in accordance with NRCP 8(a)(4), NRS 13.040 and NRS 41.130 as the occurrence giving rise to this matter occurred in Clark County, Nevada and the amount in controversy exceeds $15,000.

## PARTIES

2.   Plaintiff ERIN J. PAXSON ("Plaintiff") is a resident and citizen of Ohio who purchased a ticket to attend the 2022 Lovers and Friends in Las Vegas, Nevada.

3.   The unnamed class members ("Plaintiffs") are, upon research and belief, primarily citizens California and Nevada.

4.   LIVE NATION ENTERTAINMENT, INC. and LIVE NATION WORLDWIDE, INC. and LIVE NATION WORLDWIDE, LLC (collectively, "Live Nation") are Delaware corporations or limited liability companies with their principal places of business in California.

5.   C3 PRESENTS, LLC ("C3" or the "Promoter") is the Texas company responsible for selling tickets to the festival.  Upon belief, Live Nation Entertainment, Inc. has owned a controlling stake in C3 Presents for over a decade.

6.   FRONT GATE TICKETING SOLUTIONS, LLC ("Front Gate" or the "Ticket Seller") is Texas company responsible for selling tickets to the festival.  Upon reference, Front Gate is or was a division of C3.  It is also completely dominated by Live Nation, depriving it of its separate corporate existence

7.   Defendant JOHN ROE Companies Nos. 1-5 are any companies described as the "Event Organizer" in Live Nation's Purchase Policy.  In the alternative, C3 is the "Event Organizer."

…

…

**THE702FIRM**
INJURY ATTORNEYS
8335 W. Flamingo Rd.
Las Vegas, Nevada 89147
Phone: (702) 776-3333

8.      ROE BUSINESS ENTITIES Nos. 1–20 are, upon belief, employers of other Defendants and may be liable under NRS 41.130 or other agency principles in the promotion, production, organization, facilitation, and/or security of the subject 2022 Lovers and Friends Festival and/or were responsible for the advertisement, promotion and/or sale of tickets thereto.

9.      Defendants DOE INDIVIDUALS Nos. 1–100 are any actors currently unknown to Plaintiffs whose actions contributed to Plaintiffs' injuries by carrying out the activities described in this Complaint, including but not limited to employees, agents, or persons performing activities on behalf of any or all of the Defendants.

10.     The true names and capacities of Defendants named herein as ROE BUSINESS ENTITITES Nos. 1-20 and DOE INDIVIDUALS Nos. 1-100, whether individual, corporate, associate, or otherwise, are presently unknown to Plaintiffs, who, therefore, sues said defendants so designated herein is responsible in some manner for the events and occurrences referred to herein alleged, and Plaintiffs will request leave of Court to amend this Complaint to insert the true names and capacities of ROE BUSINESS ENTITITES Nos. 1-20 and DOE INDIVIDUALS Nos. 1-100, when the same have been ascertained and to join such defendants in this action. That specifically ROE BUSINESS ENTITITES Nos. 1-20 and DOE INDIVIDUALS Nos. 1-100may be principles in the promotion, production, organization, facilitation, and/or security of the subject 2022 Lovers and Friends Festival and/or were responsible for the advertisement, promotion and/or sale of tickets thereto.

11.     All Defendants were the agents, ostensible agents, servants, employees, employers, partners, co-owners or joint venturers of their co-Defendants, and were acting within the color, purpose and scope of their employment, agency, ownership or joint ventures at all relevant times.  Through such relationships Defendants, and each of them, are vicariously and jointly and severally liable for the acts or omissions of their co-Defendants.

**BACKGROUND**

12.     This is a putative class action seeking damages for Defendants' breach of their Purchase Policy ("Exhibit A") and their contractual duty of good faith and fair dealing with respect to the 2022 "Lovers and Friends" music festival.

13.     Defendants organized and promoted the "Lovers and Friends" music festival, held over the weekend of May 14–15, 2022.

14.     The event was interrupted when, on the evening of May 14, 2022, Defendants publicly announced on the concert screens that a "security incident" was occurring and, through their employees, falsely disseminated to the crowd that there was a live shooter.

15.     This caused panic to set into the crowd, causing a stampede for the exits.  Many victims were knocked to the ground, and they tried to cover themselves as they lay on the ground hoping not to be trampled by a sea of people.  Others hid behind trash cans or in the bathroom stalls, trying to avoid injury or death.

16.     If any event could have been eligible for a refund under Defendants' purchase policy, it would have been Lovers and Friends 2022.

17.     In fact, Defendants' "Purchase Policy" indicates that some events will be "eligible for refunds," and that the Event Organizer "may provide the option to request a credit for canceled, postponed, rescheduled, or moved events."

18.     The amount of the credit "will always include at least 100% of the price of the original ticket(s), plus fees and taxes."

19.     While the contract suggests that Defendants had some degree of discretion as to whether to issue refunds or credits, Defendants had a duty of good faith and fair dealing not to abuse that discretion.

20.     Defendants abused that discretion by not offering any refund or credit to Plaintiffs.

21.     Not only did Defendants falsely disseminate to the crowd that a security incident was ongoing—which should have been near automatic grounds for postponing the remainder of the event and giving a refund, especially given that there was a stampede causing injuries—but they also failed to deliver on most of their other promises regarding the event.

22.     For instance, Defendants heavily advertised the event as having particular artists in its lineup.

…

23.     Yet Defendants placed artists on strict time limits—and if an act went over time, Defendants cut the mics, sometimes mid-song.  Artists such as Juvenile, The-Dream, and Ma$e all had their mics turned off during their performances.

24.     What is more, Defendants failed to provide the artists with appropriate sound equipment for the hot weather that day, however, resulting in several artists having major technical issues.

25.     Upon reference, about half of all sets were cut off while the artist was still performing.

26.     Defendants also advertised the festival as beginning at 10:00 A.M. on May 14, 2022, but upon reference, they delayed opening the gates until a full hour later.

27.     Finally, Defendants advertised the festival as having water stations available to guests to help them refresh themselves from the heat, and guests with "GA+" level tickets were entitled to receive free water.

28.     However, Defendants did not provide concertgoers with anything other than hot water, which was essentially undrinkable due to the heat.  Ice cubes were then available for purchase at exorbitant rates.

29.     Defendants have, to date, failed to do anything to make concertgoers whole.

30.     This action follows.

**CLAIM 1: BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING**

31.     Plaintiffs' claims below are, in the context of a class action, for more than $15,000.

32.     Every contract contains within it a duty of good faith and fair dealing.

33.     Defendants, through their Purchase Policy, had a duty of good faith and fair dealing not to act arbitrarily in deciding whether to issue refunds or credits for events.

34.     Defendants breached that duty when they failed to offer refunds or credits after falsely telling the crowd at the 2022 Lovers and Friends festival that there was a security incident, leading to mass panic.

…

35.     This is especially true given the overall context of the event, which started late (and was thus a postponed event) and suffered from numerous technical failures and delays, such that concertgoers were already not receiving the benefit of their bargain.

36.     All Defendants worked with each other in a joint venture or partnership to promote the event and to make money from it.   Defendants are each liable for each other's actions due to their joint venture or partnership agreement.

37.     Defendants are liable for the actions of their employees or ostensible agents.

38.     Plaintiffs have been compelled to retain the services of an attorney to prosecute this action and are, therefore, entitled to their reasonable attorney fees.

## CLASS ALLEGATIONS

39.     Plaintiffs propose a class definition including: "All those who purchased tickets to the May 14, 2022, portion of the Lovers and Friends Music Festival."

40.     The class is numerous.   Upon reference, the class contains over 30,000 individuals.

41.     Plaintiffs' claims are typical of the class.

42.     The class contains common questions of law and fact, including whether Plaintiffs are bound by an arbitration clause; whether Defendants falsely disseminated to the crowd that a security incident had taken place; and whether Defendants breached their duty of good faith and fair dealing by not issuing credits or refunds for the 2022 Lovers and Friends Event.

43.     Plaintiffs have retained experienced and capable counsel to represent them in this class action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court award relief as follows:

1.     Certifying a class action against Defendants;

2.     Appointing The702Firm as class counsel;

3.     Appointing Plaintiff as a class representative;

…

…

4.  Awarding the Class general, special, and compensatory damages;

5.  Awarding Plaintiffs' counsel a reasonable fee and costs of suit incurred; and

6.  Any other relief the Court deems just and proper.

DATED this 9th day of April, 2024.

THE702FIRM

*/s/ Joel S. Hengstler*
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
8335 West Flamingo Road
Las Vegas, Nevada 89147
*Attorneys for Plaintiffs*