LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
   E-Mail: Laureen.Frister@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702.893.3383
Facsimile:  702.893.3789

ERIC Y. KIZIRIAN, ESQ.
California Bar No.  210584 (*Pro Hac Vice forthcoming*)
   E-Mail: Eric.Kizirian@lewisbrisbois.com
ELEONORA ANTONYAN, ESQ.
California Bar No.  338379 (*Pro Hac Vice forthcoming*)
   E-Mail: Eleonora.Antonyan@lewisbrisbois.com
ALEXANDRA K. CHRISTENSEN, ESQ.
California Bar No. 346340 (*Pro Hac Vice forthcoming*)
   E-Mail: Alexandra.Christensen@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendants Live Nation Entertainment, Inc., Live Nation Worldwide, Inc., C3 Presents, LLC, and Front Gate Ticketing Solutions, LLC*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ERIN J. PAXSON,<br><br>        Plaintiff,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation; LIVE NATION WORLDWIDE, INC., a Delaware Corporation; C3 PRESENTS, LLC, a Texas Limited-Liability Company; FRONT GATE TICKETING SOLUTIONS, LLC, a Delaware Limited-Liability Company, JOHN ROE COMPANIES NOS. 1-5, ROE BUSINESS ENTITIES NOS. 1-20; AND DOE INDIVIDUALS NOS. 1-100,<br><br>        Defendants. | Case No. 2:24-cv-00907-APG-EJY<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>**(FIRST REQUEST)** |

## STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO COMPEL ARBITRATION (FIRST REQUEST)

COMES NOW, Plaintiff ERIN J. PAXSON ("Plaintiff"), by and through her counsel of record, THE702FIRM; and Defendant LIVE NATION ENTERTAINMENT, INC., Defendant LIVE NATION WORLDWIDE, INC., Defendant LIVE NATION WORLDWIDE, LLC, Defendant C3 PRESENTS, LLC, and Defendant FRONT GATE TICKETING SOLUTIONS, LLC (collectively "Defendants"), by and through their counsel of record, LEWIS BRISBOIS BISGAARD & SMITH, LLP, and hereby respectfully submit this Stipulation and Order to (1) extend the deadlines for Defendants' Opposition and Plaintiff's Reply to Plaintiff's Motion for Class Certification, filed on May 16, 2024 [Doc. 11], until after this Honorable Court rules upon Defendants' Motion to Compel Arbitration; and (2) extend the deadlines for Plaintiff's Opposition and Defendants' Reply to Defendants' Motion to Compel Arbitration filed on May 21, 2024 [Doc. 13].

Currently, the briefing schedule and hearing for Plaintiff's Motion for Class Certification ("Plaintiff's Motion") is as follows:

        Defendants' Opposition:  May 30, 2024

        Plaintiff's Reply:  June 6, 2024

Also, the current briefing schedule for Defendants' Motion to Compel Arbitration ("Defendants' Motion") is as follows:

        Plaintiff's Opposition:     June 4, 2024

        Defendants' Reply:     June 11, 2024

Hearings have not been set for either Motion. The parties respectfully request that a hearing be set for Defendants' Motion to Compel Arbitration within the next thirty (30) days. Further, assuming the case proceeds in this Court rather than arbitration, the parties respectfully request that a hearing be set for Plaintiff's Motion for Class Certification shall be set at least forty-five (45) days after a ruling on Defendants' Motion to Compel Arbitration is made. With respect to Defendants, this is made without prejudice to their right to request a different briefing schedule and hearing, if appropriate, after a responsive pleading

responding to the claims and allegations in the Complaint is filed. Plaintiff reserves her right to oppose such a request.

## PROPOSED DEADLINES

The parties stipulate to the following briefing schedule for Defendants' Motion to Compel Arbitration:

        Plaintiff's Opposition:       June 11, 2024
        Defendants' Reply:         June 18, 2024

Moreover, the parties stipulate to the following briefing schedule for Plaintiff's Motion for Class Certification is as follows:

        Defendants' Opposition:  two (2) weeks before the hearing
        Plaintiff's Reply:  one (1) week before the hearing

## REASON FOR EXTENSION

If Defendants' Motion to Compel Arbitration is heard and decided by the Court before Plaintiff's Motion for Class Certification, the parties may not need to expend substantial resources and costs associated with drafting opposition and reply briefs to Plaintiff's Motion, as well as appearing for the hearing on Plaintiff's Motion. Further, Defendant contends that this case should proceed in arbitration, which renders the filing for certification potentially moot if the motion to compel arbitration is granted. Accordingly, the parties agree that briefing and hearing Defendant's Motion prior to Plaintiff's Motion is in the interest of judicial economy.

Additionally, due to the complexity of Plaintiff's Complaint and Defendant's Motion, the parties agree that a one (1) week extension for opposition and reply briefs is necessary.

This stipulation is made in good faith and not for the purpose of delay.

///

///

///

///

///

1  This is the first extension of time requested by counsel.

| DATED this 29th day of May, 2024. | DATED this 29th day of May, 2024. |
|---|---|
| THE702FIRM | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Joel S. Hengstler | /s/ Laureen P. Frister |
| JOEL S. HENGSTLER, ESQ.<br>Nevada Bar No. 11597<br>*Attorney for Plaintiff* | LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>*Attorney for Defendants* |

### ORDER

IT IS SO ORDERED.

Dated this  30th  day of   May   , 2024.

_____
UNITED STATES MAGISTRATE JUDGE



140829984.1                                    4                          Case No. 2:24-cv-00907-APG-EJY