UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN J. PAXON,<br><br>        Plaintiff<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.,<br><br>        Defendants | Case No.: 2:24-cv-00907-APG-EJY<br><br>**Order Granting in Part Stipulation**<br><br>[ECF No. 19] |

I ORDER that the parties' stipulation regarding the plaintiff's motion for class certification and the defendants' motion to compel arbitration **(ECF No. 19) is GRANTED in part** as follows:

The plaintiff's opposition to the defendants' motion to compel arbitration is due June 11, 2024.  The defendants' reply is due June 18, 2024.

If I deny the motion to compel arbitration, then the defendants' opposition to the plaintiff's motion for class certification will be due 14 days after I rule on the motion to compel arbitration.  The plaintiff's reply is due 7 days after the defendants file their opposition.

DATED this 3rd day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE