1  LAUREEN P. FRISTER, ESQ.
   Nevada Bar No. 13217
2  E-Mail: Laureen.Frister@lewisbrisbois.com
   **LEWIS BRISBOIS BISGAARD & SMITH** LLP
3  6385 S. Rainbow Blvd., Suite 600
   Las Vegas, NV 89118
4  Telephone: 702.893.3383
   Facsimile:  702.893.3789
5
   ERIC Y. KIZIRIAN, ESQ.
6  California Bar No.  210584 (*Pro Hac Vice*)
    E-Mail: Eric.Kizirian@lewisbrisbois.com
7  ELEONORA ANTONYAN, ESQ.
   California Bar No.  338379 (*Pro Hac Vice*)
8  E-Mail: Eleonora.Antonyan@lewisbrisbois.com
   ALEXANDRA K. CHRISTENSEN, ESQ.
9  California Bar No. 346340 (*Pro Hac Vice*)
   E-Mail: Alexandra.Christensen@lewisbrisbois.com
10 **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   633 West 5th Street, Suite 4000
11 Los Angeles, California 90071
   Telephone: 213.250.1800
12 Facsimile: 213.250.7900

13 *Attorneys for Defendants Live Nation Entertainment, Inc., Live Nation Worldwide,*
14 *Inc., C3 Presents, LLC, and Front Gate Ticketing Solutions, LLC*

15

                    UNITED STATES DISTRICT COURT
16
                 DISTRICT OF NEVADA, SOUTHERN DIVISION
17

18

| | |
|---|---|
| ERIN J. PAXSON, | Case No. 2:24-cv-00907-APG-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER WITHDRAWING DEFENDANTS' MOTION TO COMPEL ARBITRATION (DOC. 13) WITHOUT PREJUDICE AND SETTING NEW BRIEFING SCHEDULE** |
| LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation; LIVE NATION WORLDWIDE, INC., a Delaware Corporation; C3 PRESENTS, LLC, a Texas Limited-Liability Company; FRONT GATE TICKETING SOLUTIONS, LLC, a Delaware Limited-Liability Company, JOHN ROE COMPANIES NOS. 1-5, ROE BUSINESS ENTITIES NOS. 1-20; AND DOE INDIVIDUALS NOS. 1-100, | **(SECOND REQUEST)** |
| Defendants. | |

141745524.1                                                Case No. 2:24-cv-00907-APG-EJY

<u>STIPULATION AND ORDER WITHDRAWING DEFENDANTS' MOTION TO COMPEL ARBITRATION (DOC. 13) WITHOUT PREJUDICE AND SETTING NEW BRIEFING SCHEDULE</u>
<u>(SECOND REQUEST)</u>

Plaintiff ERIN J. PAXSON ("Plaintiff") and Defendants LIVE NATION ENTERTAINMENT, INC., LIVE NATION WORLDWIDE, INC., C3 PRESENTS, LLC, and FRONT GATE TICKETING SOLUTIONS, LLC (collectively "Live Nation" or "Live Nation entities" or "Defendants"), by and through their counsel of record hereby respectfully submit this Stipulation and Order to (1) withdraw Defendants Motion to Compel Arbitration (Doc. 13) without prejudice to refile; and 2) set the briefing schedule for the refiled Motion to Compel Arbitration.

## REASON FOR WITHDRAWAL

While investigating the facts surrounding Plaintiff's assent to the Live Nation entities Terms of Use in response to the arguments asserted in Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration (Doc. 26), Defendants discovered that the process for customers to assent to the Terms of Use was different in August 2021 than previously thought. Rather than assent to the Terms of Use upon signing-up for an account, customers were presented with the Terms of Use upon checkout.

While Defendants still assert a valid arbitration agreement exists between Plaintiff and the Live Nation entities, Defendants recognize that these newly discovered facts may impact the parties' arguments in support of, or in opposition to, a Motion to Compel Arbitration. In the interest of fairness and full candor, Live Nation disclosed the newly-discovered facts to counsel for Plaintiff and, following their meet and confer regarding this issue, the parties respectfully request the Court allow Defendants to withdraw the current Motion to Compel Arbitration (Doc. 13) without prejudice and to refile the motion to compel arbitration as a new motion grounded in the newly discovered facts. Plaintiff reserves all rights with respect to how she will address the new Opposition.

Defendants contend that allowing Defendants to withdraw the current Motion to Compel Arbitration (Doc. 13) will make for a more factually accurate record and frame the

issues based on the correct factual record concerning Plaintiffs' agreement (or lack thereof) to arbitration while providing Plaintiff with an opportunity for a fulsome opposition.

## PROPOSED BRIEFING SCHEDULE

The parties stipulate, subject to Court approval, to the following refiling and briefing schedule for Defendants' Amended Motion to Compel Arbitration based on certain scheduling conflicts and previously planned family vacations of the parties' respective counsel:

| | |
|---|---|
| Defendants' Amended Motion: | June 21, 2024 |
| Plaintiff's Opposition: | July 19, 2024 |
| Defendants' Reply: | July 29, 2024 |

This stipulation is made in good faith and not for the purpose of delay.

This is the second extension of time requested by counsel.

| | |
|---|---|
| DATED this 18th day of June, 2024. | DATED this 18th day of June, 2024. |
| THE702FIRM | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ *Joel S. Hengstler* | /s/ *Laureen P. Frister* |
| JOEL S. HENGSTLER, ESQ.<br>Nevada Bar No. 11597<br>*Attorney for Plaintiff* | LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>*Attorney for Defendants* |

## ORDER

IT IS SO ORDERED.

Dated this __19th__ day of __June__, 2024.

_____
U.S. DISTRICT COURT JUDGE

